# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 11, 2024

    No. 23-30431    Gruver v. Allstate Insurance
                    USDC No. 3:18-CV-772

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of July 2, 2018, record excerpts filed in relation to Anders briefs only require 2 paper copies. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Pamela F. Trice, Deputy Clerk
                              504-310-7633

    Mr. Donald J. Cazayoux Jr.
    Mr. James L. Donovan Jr.
    Mr. Paul M Donovan
    Mr. John Lane Ewing Jr.
    Mr. Jonathon N. Fazzola